

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 19 PM 12: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WHITE DOVE MARINE LLC ET AL. | CIVIL ACTION |
| VERSUS | NO: 10-0832 |
| B & S EQUIPMENT CO., INC. ET AL. | SECTION: "S" (2) |

### ORDER OF TRANSFER

It appears from the record that the above captioned case involves subject matter that comprises a material part of the subject matter of *B & S Equipment Co., Inc. v. TRUCKLA Services, Inc. et al.*, Civil Action No. 09-3862, a case before Judge Martin L.C. Feldman.  IT IS ORDERED that this case be and hereby is TRANSFERRED to Judge Martin L.C. Feldman, Section F, of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 19th day of March, 2010.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

MAR 19 2010

TRANSFERRED TO

SECT. F  MAG. 4

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____